## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| DANIEL JOSEPH BOYER, | ) | Civil No. 3:21-cv-5205-TLF |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR EAJA FEES AND COSTS |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant, | ) | |

It is hereby ORDERED that attorney fees in the amount of $5,129.76 and expenses in the amount of $3.58 (postage), for a total of $5,133.34, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs in the amount of $420.00 (court filing $402.00, photocopies $18.00) should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. See Astrue v. Ratliff, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Teal M. Parham, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Teal M. Parham at 910 12th

ORDER FOR EAJA FEES & COSTS  [3:21-cv-5205-TLF] -1

Avenue - PO Box 757, Longview, WA 98632.  Costs under 28 U.S.C. § 1920 shall be payable to Teal M. Parham via electronic fund transfer or check.

DATED this  21st  day of  December  2021.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES & COSTS  [3:21-cv-5205-TLF] -2